UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTONIO MATHEWS,

        Plaintiff,

v.

UNKNOWN GAINER et al.,

        Defendants.

Case No. 1:19-cv-493

Honorable Paul L. Maloney

_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: August 6, 2019          /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge